JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DESIRE, LLC, | Case No.: CV11-10680 MWF (PLAx) |
|---|---|
| Plaintiff, | *Hon. Michael W. Fitzgerald Presiding* |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| SEARS HOLDING CORPORATION, et al., | |
| Defendants. | |

    Having reviewed the parties' "Stipulation to Dismiss Action With Prejudice" and finding good cause thereon,

    IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice with each party to bear its own costs and fees in connection therewith.

Dated: October 11, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE